PSS:SK
F. #2014R00795

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALDO BLAS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

INDICTMENT

Cr. No. _____
(T. 18, U.S.C., §§ 2251(a), 2251(e),
2252(a)(4)(B), 2252(b)(2), 2253 and
3551 et seq.; T. 21, U.S.C., § 853(p))

CR 14 - 367

BLOCK, J.

AZRACK, M.J.

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH TEN
(Sexual Exploitation of a Child)

    1.    On or about the dates set forth below, within the Eastern District of New York, the defendant ALDO BLAS did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: the images depicted in the following computer files:

| COUNT | FILENAME | DATE |
|---|---|---|
| ONE | Capture 1 (3-26-2014 4-55PM) | March 26, 2014 |
| TWO | Capture 1 (3-28-2014 5-51PM) | March 28, 2014 |
| THREE | Capture 1 (3-29-2014 9-12PM) | March 29, 2014 |

1

| COUNT | FILENAME | DATE |
|---|---|---|
| FOUR | Capture 2 (4-4-2014 4-08PM) | April 4, 2014 |
| FIVE | Capture 2 (4-14-2014 4-29PM) | April 14, 2014 |
| SIX | Capture 1 (4-16-2014 8-11PM) | April 16, 2014 |
| SEVEN | Capture 1 (4-20-2014 12-45PM) | April 20, 2014 |
| EIGHT | Capture 1 (4-22-2014 7-37PM) | April 22, 2014 |
| NINE | Capture 1 (4-25-2014 4-18PM) | April 25, 2014 |
| TEN | Capture 2 (4-27-2014 11-18PM) | April 27, 2014 |

which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, to wit: a black-and-white Dell laptop computer, service tag number JHD3DH1.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT ELEVEN
(Possession of Child Pornography)

2. On or about April 30, 2014, within the Eastern District of New York, the defendant ALDO BLAS did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images contained in computer files on a black-and-white Dell laptop computer, service tag number JHD3DH1, which visual depictions had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of

one or more minors, who were prepubescent and had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant charged in Counts One through Eleven that, upon his conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253 of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in the commission of such offenses; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to, a black-and-white Dell laptop computer, service tag number JHD3DH1, seized from the defendant's residence on or about April 30, 2014.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2014R00795
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ALDO BLAS,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252(a)(4)(B), 2252(b)(2), 2253 and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

*Saritha Komatireddy, Assistant U.S. Attorney (718) 254-6054*